UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TERRACA MILLER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) No. 3:05cv0733 AS |
| | ) |
| TECH DATA CORPORATION, | ) |
| | ) |
| Defendant | ) |

### *MEMORANDUM, OPINION AND ORDER*

The plaintiff, Terraca Miller, appearing *pro se*, with a purported claim under the Americans With Disabilities Act, 42 U.S.C. §12101.  This court is completely familiar with the demands and indulgences reflected in *Haines v. Kerner*, 404 U.S. 519 (1972).  *See also McNeil v. United States*, 508 U.S. 106 (1993).  This court also takes judicial notice of the proceedings here since November 2005 and particularly the Report and Recommendation filed by United States Magistrate Judge Christopher A. Nuechterlein on May 26, 2006.  It appears to this court that Magistrate Judge Nuechterlein has been extraordinarily cautious and considerate here.  There has been compliance with the letter and spirit of *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982).

The reasons given in the Report and Recommendation are sound and correct.  On the basis of those recommendations, the complaint in this case is **DISMISSED**.  Each party will bear its own costs.  The Clerk shall enter judgment accordingly.  **IT IS SO ORDERED**.

**DATED:**  July 26, 2006

                                                                     S/ ALLEN SHARP
                                                                     **ALLEN SHARP, JUDGE**
                                                                     **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein